IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:14cr497-MHT** |
| | ) | **(WO)** |
| **ANTONIO LANDAVERDE-CRUZ** | ) | |

**ORDER**

Because defendant is asking for relief from the Eleventh Circuit and the Supreme Court, relief which this trial court cannot grant, it is ORDERED that the motion for relief (doc. no. 61) is denied without prejudice.

DONE, this the 9th day of June, 2016.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**