IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
                                )      CRIMINAL ACTION NO.
    v.                     )        1:14cr497-MHT
                                  )           (WO)
ANTONIO LANDAVERDE-CRUZ    )

ORDER

Upon consideration of defendant Antonio Landaverde-Cruz's motion to reduce his sentence (doc. no. 66), it is ORDERED that the motion is denied.  The court does not have the authority to reduce defendant's sentence at this time.

DONE, this the 2nd day of February, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE